### 33212. STANLEY v. STANLEY.

HALL, Justice.

These parties were divorced in April, 1977, and the husband-appellee was ordered to pay certain debts of the marriage. Wife brought a contempt petition alleging his failure to pay some $700 owed a bank.

The trial court ruled that contempt could not lie because the decree contained no specific command to pay. This ruling was founded on an error of law (see *Griggers v. Bryant,* 239 Ga. 244 (236 SE2d 599) (1977)), and must be reversed. The appeal is remanded to the trial court for reconsideration of the remaining issues in the case.

*Judgment reversed and remanded. All the Justices concur.*

SUBMITTED FEBRUARY 13, 1978 — DECIDED FEBRUARY 28, 1978.

*William I. Sykes, Jr.,* for appellant.
*Robinson, Harben, Armstrong & Millikan, Sam S. Harben, Jr.,* for appellee.